**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| Fabiola Gonzalez-Frias | Case No.: 3:26-cv-00243-RRS-KDM |
| Petitioner, | |
| v. | **JUDGE ROBERT R. SUMMERHAYS** |
| BRIAN ACUNA ET AL | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |
| Respondents. | |

**ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above-described action.

SO ORDERED on this, the 1st day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE